## Lynn Wilson-Rich *v.* Bryan Wilson-Rich
## (10409)

O'Connell, Heiman and Cretella, Js.

Argued September 22—decision released October 13, 1992

*William C. Bieluch, Jr.,* for the appellant (defendant).
*Joyce A. Riccio,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.